JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

BRETT M.,

      Plaintiff,

        v.

FRANK BISIGNANO,
Commissioner of Social Security.

      Defendant.

Case No. 5:25-cv-00290-MEMF-MBK

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the decision of the Administrative Law Judge is VACATED and the case REMANDED for the immediate award of benefits. Judgment is hereby entered in favor of Plaintiff.

DATE: March 5, 2026        _____

                    HON. MAAME EWUSI-MENSAH FRIMPONG
                    UNITED STATES DISTRICT JUDGE